KRISTINE M. LARSEN (9228)
JASCHA K. CLARK (16019)
BRITTANY J. MERRILL (16104)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  (801) 532-1500
Fax: (801) 532-7543
klarsen@rqn.com
jclark@rqn.com
bmerrill@rqn.com

*Attorneys for Receiver, Maria E. Windham*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY EATON RINGER, an individual; CHRISTA HOLMSTEAD RINGER, an individual; and FRANKLIN ESCROW & ACCOMMODATIONS, LLC, an expired Utah limited liability company, <br><br> Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE CLAIMS AGAINST DEFENDANTS** <br><br><br> Case No. 2:18-cv-00060-BCW <br><br> Magistrate Judge Brooke C. Wells |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and a settlement agreement entered by the parties, Plaintiff Maria E. Windham, as Receiver for Marquis Properties, LLC ("Plaintiff"), and Defendants Gregory Eaton Ringer, Christa Holmstead Ringer,

and Franklin Escrow & Accommodations, LLC ("Defendants"), hereby jointly stipulate that the

claims the Plaintiff asserted in this lawsuit against the Defendants are dismissed, *with prejudice*,

and move the Court for an order granting this stipulated motion.  Each party to bear its own costs

and fees.  A proposed Order is attached hereto as Exhibit A.


DATED this 26th day of October, 2018.

RAY QUINNEY & NEBEKER P.C.


 */s/ Brittany J. Merrill*
Kristine M. Larsen
Jascha K. Clark
Brittany J. Merrill
*Attorneys for Receiver, Maria E. Windham*


COHNE KINGHORN


 */s/ Paul T. Moxley* (e-signed with permission)
Paul T. Moxley
*Attorney for Defendants*

1469926

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2018, I caused a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE CLAIMS AGAINST DEFENDANTS** to be filed with the Clerk of Court using the Court's ECF System.

In addition, a true and correct copy of same was served as indicated below:

Paul T. Moxley
COHNE KINGHORN
111 East Broadway, 11th Floor
Salt Lake City, UT  84111
pmoxley@cohnekinghorn.com

☒ via ECF System
☐ via E-Mail
☐ via Hand-Delivery
☐ via U.S. Mail, Postage Prepaid

*/s/Liz Beidoun*

1469926