# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY EATON RINGER, an individual; CHRISTA HOLMSTEAD RINGER, an individual; and FRANKLIN ESCROW & ACCOMMODATIONS, LLC, an expired Utah limited liability company,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE CLAIMS AGAINST DEFENDANTS**<br><br>Case No. 2:18-cv-00060-BCW<br><br>Magistrate Judge Brooke C. Wells |

Having reviewed the Parties' stipulated motion, and good cause appearing therefore, the Court GRANTS the Stipulated Motion to Dismiss With Prejudice Claims Against Defendants Gregory Eaton Ringer, Christa Holmstead Ringer, and Franklin Escrow & Accommodations, LLC ("Defendants") from this action, *with prejudice*.

DATED this 29 October 2018.

_____
Brooke C. Wells
United States Magistrate Judge